**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jens Schrimpf, | NO. C 06-02579 JW |
| Plaintiff, | **ORDER VACATING HEARING ON ALL OF DEFENDANTS' MOTIONS AND CASE MANAGEMENT CONFERENCE** |
| v. | |
| Intel Corporation, et al., | |
| Defendants. | |

The Court deems all of Defendants' Motion appropriate for submission on the papers. See Civ. L.R. 7-1(b). Accordingly, the September 18, 2006 hearing date is **vacated**.

The Court also vacate the case management calendar presently scheduled for September 18, 2006. The Court will set a new date in the Order addressing the Defendants' motions.

Dated: September 13, 2006

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Ann Marie Reding areding@seyfarth.com
Claire T. Cormier claire.cormier@usdoj.gov
Delia Alexandra Isvoranu Disvoranu.service@filicebrown.com
E. Joseph Connaughton jconnaughton@paulplevin.com
Gilmore F. Diekmann gdiekmann@seyfarth.com
Joann M. Swanson joann.swanson@usdoj.gov
Paul R. Johnson paul.johnson.service@filicebrown.com
Robert D. Eassa robert.eassa.service@filicebrown.com


Jens Frederick Schrimpf
1693 C. Street
Hayward, Ca 94541

**Dated: September 13, 2006**                **Richard W. Wieking, Clerk**


                                              **By:   /s/ JW Chambers**
                                              **Elizabeth Garcia**
                                              **Courtroom Deputy**